UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/09
```

CARISBROOKE SHIPPING LTD. UK,

        Plaintiff,

-v-

PACIFIC ORIENT SEA TRANSPORT LTD., SINGAPORE a/k/a/ POST SPORE and OCEAN PACIFIC ASIAN LINE LTD., HONG KONG a/k/a/ OPAL HKG,

        Defendants.

No. 09 Civ. 6615 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on Wednesday, September 9, 2009, Plaintiff informed the Court that it seeks to voluntarily dismiss this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), it is HEREBY ORDERED THAT this action be dismissed without prejudice. Any garnishees holding funds pursuant to the Writ of Maritime Attachment and Garnishment previously issued in this matter are directed to release those funds.

It is FURTHER ORDERED THAT any subsequent action commenced in this District related to the same operative facts and maritime claim shall include a copy of this Order and be referred to the undersigned as a related case.

Dated:     September 9, 2009
               New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE